IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) CR. NO. 2:25cr111-MHT-CWB |
| | ) | [ 18 U.S.C. § 922(o)] |
| | ) | |
| LOVORIS DEON JACKSON | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1
(Illegal Possession of a Machinegun)

On or about July 20, 2024, in Montgomery County, within the Middle District of Alabama, the defendant,

**LOVORIS DEON JACKSON,**

knowingly possessed a machinegun, to wit: a Glock, model 34, 9mm pistol converted to fully automatic by way of a Machinegun Conversion Device, in violation of Title 18, United States Code, Section 922(o).

### FORFEITURE ALLEGATION

A.   The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.   Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(o) set forth in Count 1 of this Indictment, the defendant,

**LOVORIS DEON JACKSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the

ATTEST: A True Copy. Feb. 13, 2025
Certified to _____
Clerk, U.S. District Court,
Middle District of Alabama

BY _____ Deputy Clerk

offenses in violation of Title 18, United States Code, Section 922(o). The property includes but is not limited to a Glock, model 34, 9mm pistol, bearing serial number BTKA005 converted to fully automatic by way of a Machinegun Conversion Device.

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

TRUE BILL:

Foreperson

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

Christopher P. Moore
Assistant United States Attorney

Russell T. Duraski
Assistant United States Attorney

2